# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS, a federally recognized Indian tribe,**<br><br>Plaintiff<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>Defendants | CASE NO. 1:22-CV-0844 BAM<br><br>CASE NO. 1:19-CV-0024 AWI SKO<br>CASE NO. 1:20-CV-1147 AWI SKO<br>CASE NO. 1:20-CV-1318 AWI SKO<br>CASE NO. 2:20-CV-1539 AWI SKO<br>CASE NO. 2:20-CV-1585 AWI SKO<br>CASE NO. 2:20-CV-1630 AWI SKO<br>CASE NO. 2:20-CV-1918 AWI SKO<br>CASE NO. 2:21-CV-0579 AWI SKO<br>CASE NO. 2:21-CV-1166 AWI SKO<br>CASE NO. 2:21-CV-1509 AWI SKO<br>CASE NO. 2:21-CV-2284 AWI SKO<br><br>**ORDER RELATING AND REASSIGNING CASE** |

Big Sandy Band of Western Mono Indians has filed suit against the State of California alleging violations of the Indian Gaming Regulatory Act. Specifically, Plaintiff alleges that Defendant failed to engage in good faith negotiations on a new Tribal-State gaming compact. This suit shares significant legal and factual similarities with a number of other cases already assigned to the undersigned. Plaintiff has filed a notice of related cases.

Local Rules state that "If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself." Local Rule 123(c). To guide this determination, the Local Rules also provide that:

An action is related to another action within the meaning of this Rule when

(1) both actions involve the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction, or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

Local Rule 123(a).  Here, the cases are similar enough to the other IGRA cases that assignment to the same judge should effect a substantial savings of judicial effort.  Relation of cases is proper.  Because the undersigned has the lowest numbered related case, the above-entitled case will be reassigned to the dockets of Senior District Judge Anthony Ishii and Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: __July 25, 2022__       _____
                                                            SENIOR  DISTRICT  JUDGE