Rob Bonta
Attorney General of California
Sara J. Drake
Senior Assistant Attorney General
T. Michelle Laird
Supervising Deputy Attorney General
Jeremy Stevens, State Bar No. 313883
Timothy M. Muscat, State Bar No. 148944
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7779
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

John M. Peebles, State Bar No. 237582
PEEBLES KIDDER BERGIN & ROBINSON LLP
2020 L Street
Sacramento, CA  95811
  Telephone: (916) 441-270
  Email: jpeebles@ndnlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS, a federally recognized Indian tribe,**<br><br>                  Plaintiff,<br><br>       v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>                  Defendants. | No. 1:22-cv-00844-AWI-SKO<br><br>**STIPULATION OF THE PARTIES TO EXTEND DATE BY WHICH ANSWER IS DUE; ORDER**<br><br>(Doc. 12) |

1

Stip. Parties to Extend Date Ans. Due; Prop. Order (1:22-cv-00844-AWI-SKO)

The parties, through their undersigned attorneys, hereby stipulate as follows:

1.  The defendant State of California (State) and defendant Gavin Newsom in his official capacity as Governor of the State of California (Governor) (collectively, Defendants) were served in this case with the summons and Complaint on July 26, 2022.

2.  The Complaint, filed by Plaintiff Big Sandy Band of Western Mono Indians (Plaintiff), alleges five claims that the Defendants failed to negotiate with Plaintiff in good faith under the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2701-2721, 18 U.S.C. §§ 1166-1167.  The Complaint is 82 pages long, and consists of 298 separate paragraphs.  In addition, there are 339 exhibits attached to the Complaint, and these exhibits are approximately 8000 pages in length.

3.  Given the complexity and length of the Complaint, counsel for Defendants requires additional time to prepare Defendants' responsive pleading.  Following discussions by the parties' attorneys, the parties have agreed to stipulate that Defendants may timely file their answer to the Complaint on or before September 15, 2022.  Pursuant to this agreement, the Defendants' answer to the Complaint will be filed prior to this case's mandatory scheduling conference, which is set for November 8, 2022 before Magistrate Sheila K. Oberto.

4.  Plaintiff and Defendants request the Court to enter an order approving, and ordering the parties to carry out the terms of, this stipulation.

2

Stip. Parties to Extend Date Ans. Due; Prop. Order (1:22-cv-00844-AWI-SKO)

| | |
|---|---|
| Dated:  August 16, 2022 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>SARA J. DRAKE<br>Senior Assistant Attorney General<br>T. MICHELLE LAIRD<br>Supervising Deputy Attorney General<br>JEREMY STEVENS<br>Deputy Attorney General |
| | */s/ Timothy M. Muscat* |
| | TIMOTHY M. MUSCAT<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  August 16, 2022 | Respectfully submitted, |
| | PEEBLES KIDDER BERGIN AND ROBINSON LLP |
| | */s/ John M. Peebles (as authorized on 8/16/22)* |
| | John M. Peebles<br>Attorneys for Plaintiff |

3

Stip. Parties to Extend Date Ans. Due; Prop. Order (1:22-cv-00844-AWI-SKO)

**ORDER**

Pursuant to the parties' above stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that the deadline for Defendants to file their answer to the Complaint is extended to September 15, 2022.

IT IS SO ORDERED.

Dated:   **August 17, 2022**              /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE

4

Stip. Parties to Extend Date Ans. Due; Prop. Order (1:22-cv-00844-AWI-SKO)