1  JOHN M. PEEBLES, State Bar No. 237582
   PATRICK R. BERGIN, State Bar No. 269672
2  MICHAEL A. ROBINSON, State Bar No. 214666
   TIM HENNESSY, State Bar No. 233595
3  STEVEN J. BLOXHAM, State Bar No. 96384
   PEEBLES KIDDER BERGIN & ROBINSON LLP
4  2020 L Street, Suite 250
   Sacramento, CA  95811
5    Telephone:  (916) 441-2700
     Fax:  (916) 441-2067
6    Email:  jpeebles@ndnlaw.com
   *Attorneys for Plaintiff*
7
   ROB BONTA
8  Attorney General of California
   T. MICHELLE LAIRD
9  Acting Senior Assistant Attorney General
   NOEL A. FISCHER, State Bar No. 232553
10 B. JANE CRUE, State Bar No. 210122
   Deputy Attorneys General
11   1300 I Street, Suite 125
     P.O. Box 944255
12   Sacramento, CA 94244-2550
     Telephone:  (916) 210-7789
13   Fax:  (916) 323-2319
     E-mail:  jane.crue@doj.ca.gov
14 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS**, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>Defendants. | 1:22-cv-00844-NODJ-SKO<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING APPROVAL OF TRIBAL-STATE CLASS III GAMING COMPACT; ORDER**<br><br>(Doc. 35)<br><br>Judge:    NODJ<br>Action Filed:   July 8, 2022 |

1

1          Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Plaintiff Big Sandy Band of Western Mono Indians, a federally recognized Indian Tribe (Tribe), and Defendant Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, State Defendants), stipulate as follows:

          Whereas, pursuant to stipulation, the Tribe and State Defendants (collectively, the Parties) were ordered to proceed to the remedial process set forth in the Indian Gaming Regulatory Act, 25 U.S.C. § 2710(d)(7)(B)(iii)-(vii).  ECF No. 33.

          Whereas, pursuant to this remedial process, the parties engaged in negotiations for a new tribal-state class III gaming compact.

          Whereas, these negotiations resulted in agreement on the terms of a new tribal-state class III gaming compact between the Parties.

          Whereas, as of January 16, 2024, the Tribe and the Governor have executed the Tribal-State Gaming Compact Between the State of California and the Big Sandy Rancheria of Western Mono Indians of California (Compact).

          Whereas, under State law, the Compact must now be ratified by the California Legislature. Cal. Const. art. IV, § 19(f); *see* Cal. Gov't Code § 12012.25(c)-(e).

          Whereas, following ratification by the California Legislature, the Compact can only take effect pursuant to the Indian Gaming Regulatory Act, 18 U.S.C. §§ 1166-1167, 25 U.S.C. §§ 2701-2721, when notice of approval (or notice that the compact has been allowed to go into effect because it has not been disapproved within forty-five days of its submission) has been published in the Federal Register by the Secretary of the Department of the Interior (Secretary).  25 U.S.C. § 2710(d)(3)(B) & (8)(D).

          Whereas, the Parties believe a stay of this action until the Compact has completed the ratification and approval process will conserve the resources of the Court and the Parties.

          Whereas, the Parties request that this action be stayed until the Compact ratification and approval process is completed.

2

1  Whereas, the Parties intend to provide a joint stipulation of dismissal within fourteen (14)
2  days following the completion of the Compact ratification and approval process when the
3  Secretary has published notice of approval (or notice that the Compact has been allowed to go
4  into effect because it has not been disapproved within forty-five days of its submission) in the
5  Federal Register.

6  IT IS HEREBY STIPULATED and respectfully requested by the Parties that the Court
7  continue the stay in this matter until the Compact ratification and approval process is completed.

8  IT IS FURTHER STIPULATED and respectfully requested by the Parties that the Court
9  order the Parties to submit a joint stipulation of dismissal within fourteen (14) days following
10 completion of the ratification and approval process of the Compact.

11 RESPECTFULLY SUBMITTED this 5th day of February, 2024.

13 Dated:  February 5, 2024           Respectfully submitted,

14                                     ROB BONTA
                                       Attorney General of California
15                                     T. MICHELLE LAIRD
                                       Acting Senior Assistant Attorney General
16                                     NOEL A. FISCHER
                                       Deputy Attorney General

                                       */s/ B. Jane Crue*

                                       B. JANE CRUE
19                                     Deputy Attorney General
                                       *Attorneys for Defendants*

21 Dated:  February 5, 2024           PEEBLES KIDDER BERGIN AND ROBINSON
                                       LLP

                                       */s/ Patrick R. Bergin (As authorized on 02/05/2024)*

                                       PATRICK R. BERGIN
24                                     *Attorneys for Plaintiff*

3

# ORDER

Pursuant to the Joint Stipulation to Stay Proceedings Pending Approval of Tribal-State Class III Gaming Compact, filed on February 5, 2024 (Doc. 35), this Court hereby orders the following:

1. All proceedings in this matter will be stayed until the January 16, 2024 Tribal-State Gaming Compact Between the State of California and the Big Sandy Rancheria of Western Mono Indians of California (Compact) has completed the state and federal ratification and approval process;

2. Within 90 days of the date of this order, and every 90 days thereafter, the parties shall file a joint status report advising the Court of the status of the ratification and approval process; and

3. The Parties shall submit to the Court a joint stipulation of dismissal within fourteen (14) days following completion of the ratification and approval process of the Compact.

IT IS SO ORDERED.

Dated: **February 6, 2024**        /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

4

Joint Stip. to Stay Proceedings Pending Approval of Tribal-State Class III
Gaming Compact; Order (1:22-cv-00844-NODJ-SKO)