1  JOHN M. PEEBLES, State Bar No. 237582
   PATRICK R. BERGIN, State Bar No. 269672
2  MICHAEL A. ROBINSON, State Bar No. 214666
   TIM HENNESSY, State Bar No. 233595
3  STEVEN J. BLOXHAM, State Bar No. 96384
   PEEBLES KIDDER BERGIN & ROBINSON LLP
4  2020 L Street, Suite 250
   Sacramento, CA 95811
5    Telephone: (916) 441-2700
     Fax: (916) 441-2067
6    Email: jpeebles@ndnlaw.com
   *Attorneys for Plaintiff*

7

8  ROB BONTA
   Attorney General of California
9  T. MICHELLE LAIRD
   Acting Senior Assistant Attorney General
10 NOEL A. FISCHER, State Bar No. 232553
   B. JANE CRUE, State Bar No. 210122
11 Deputy Attorneys General
     1300 I Street, Suite 125
12   P.O. Box 944255
     Sacramento, CA 94244-2550
13   Telephone: (916) 210-7789
     Fax: (916) 323-2319
14   E-mail: jane.crue@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS**, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>Defendants. | 1:22-cv-00844-KES-SKO<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Kirk E. Sherriff<br>Action Filed: July 8, 2022 |

1

Pursuant to this Court's Order Pursuant to the Joint Stipulation to Stay Proceedings Pending Approval of Tribal-State Class III Gaming Compact (Order) that ordered the parties to submit a joint status report within 90 days of the order and every 90 days thereafter (ECF No. 36), the plaintiff Big Sandy Band of Western Mono Indians (Tribe) and defendants Governor Gavin Newsom and State of California (State) hereby submit this Joint Status Report advising the Court of the status of the ratification and approval process.

1. **Status of the Ratification and Approval Process.** The tribal-state class III gaming compact between the Tribe and the State is currently undergoing the legislative ratification process in the California Legislature. Assembly Bill 2032, which would ratify the compact, has been introduced as of February 2, 2024. The Tribe and the State will provide another update as to the ratification and approval process of the compact in 90 days as specified by this Court's Order, ECF No. 36.

RESPECTFULLY SUBMITTED this 30th day of April, 2024.

Dated: May 1, 2024

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
NOEL A. FISCHER
Deputy Attorney General

*B. Jane Crue*
Digitally signed by B. Jane Crue
Date: 2024.05.01 11:33:14 -07'00'

B. JANE CRUE
Deputy Attorney General
*Attorneys for Defendants*

Dated: April 30, 2024

PEEBLES KIDDER BERGIN AND ROBINSON LLP

*Patrick R. B*

PATRICK R. BERGIN
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Case Name: *Big Sandy Band, et al. v. Gavin Newsom, et al.*
Case No.    1:22-cv-00844-KES-SKO

I hereby certify that on May 1, 2024, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 1, 2024, at Sacramento, California.

| PAULA CORRAL | *Paula Corral* |
|---|---|
| Declarant | Signature |