JOHN M. PEEBLES, State Bar No. 237582
PATRICK R. BERGIN, State Bar No. 269672
TIM HENNESSY, State Bar No. 233595
PEEBLES BERGIN SCHULTE & ROBINSON LLP
2020 L Street, Suite 250
Sacramento, CA  95811
  Telephone:  (916) 441-2700
  Fax:  (916) 441-2067
  Email:  jpeebles@ndnlaw.com
*Attorneys for Plaintiff*

ROB BONTA
Attorney General of California
CHRISTINE WILLIAMS
Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
Supervising Deputy Attorney General
B. JANE CRUE, State Bar No. 210122
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7789
  Fax:  (916) 323-2319
  E-mail:  jane.crue@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS**, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>Defendants. | 1:22-cv-00844-KES-SKO<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:         Sheila K. Oberto<br>Action Filed:  July 8, 2022 |

Pursuant to this Court's Minute Order (ECF No. 40), the plaintiff Big Sandy Band of

Western Mono Indians (Tribe) and defendants Governor Gavin Newsom and State of California

1

1  (State), through their undersigned attorneys, provide this status update and hereby stipulate to the
2  dismissal with prejudice of this action.
3      As the parties informed the Court on September 5, 2025 (ECF No. 43), the State
4  submitted the ratified Tribal-State Gaming Compact to the Secretary of the Interior on June 5,
5  2025. Under the Indian Gaming Regulatory Act ("IGRA"), the Secretary has 45 days from
6  submission to approve or disapprove a proposed compact. 25 U.S.C. § 2710(d)(8). If the
7  Secretary takes no action within that period, the compact is deemed approved, but only to the
8  extent it is consistent with IGRA. 25 U.S.C. § 2710(d)(8)(C). The 45th day following submission
9  was July 21, 2025. The Secretary did not act within that time, and the Compact was therefore
10 deemed approved by operation of law, subject to IGRA's limitations.
11     On September 22, 2025, the Compact became effective upon publication of notice in the
12 Federal Register. (90 Fed. Reg. 45,407 (Sept. 22, 2025)). *See* 25 U.S.C. § 2710(d)(3)(B); 25
13 C.F.R. § 293.15.
14     All matters and claims at issue in the instant litigation therefore have been resolved such
15 that nothing further is pending before this Court and dismissal with prejudice is appropriate.  The
16 parties will bear their own costs and attorney's fees.

1 | Dated: September 23, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE WILLIAMS
Senior Assistant Attorney General
NOEL A. FISCHER
Supervising Deputy Attorney General

*/s/ B. Jane Crue (as authorized on 9/23/25)*
B. JANE CRUE
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 23, 2025

PEEBLES BERGIN SCHULTE & ROBINSON LLP

*/s/ Patrick R. Bergin*
PATRICK R. BERGIN
*Attorneys for Plaintiff*

3

**ORDER**

The Joint Stipulation is approved. The entire action, including all claims stated herein against all parties, is dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: _____           _____
                                                                              Sheila K. Oberto
                                                                              U.S. District Judge