# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG SANDY BAND OF WESTERN MONO INDIANS, a federally recognized Indian tribe,**<br><br>                              Plaintiff,<br><br>     **v.**<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br>                              Defendants. | No. 1:22-cv-00844-KES-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 46) |

On September 23, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 56.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 24, 2025**                  /s/ *Sheila K. Oberto*                       
                                                           UNITED STATES MAGISTRATE JUDGE